FILED

2003 NOV 12 P 5:10

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PRISONER

| | | |
|---|---|---|
| RICHARD RICE | : | CIVIL NO. 3:02CV1608 (JBA)(JGM) |
| v. | : | |
| LARRY MYERS, ET AL. | : | OCTOBER 30, 2003 |

### MOTION FOR EXTENSION OF TIME

The defendants respectfully request that this Court grant an extension of time, nunc pro tunc, for the defendants to file their motion for summary judgment, from October 21, 2003 until December 24, 2003. Such an extension is necessary since the defendants' counsel has not obtained all the information relative to this case and has not received the affidavits from the parties that are necessary in order for a dispositive motion to be filed.

This is the defendants' second motion for an extension of time to file a summary judgment in this case. The defendants' counsel has not contacted the plaintiff concerning this motion since he is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction.

**WHEREFORE**, it is respectfully requested that this Motion be granted.

DEFENDANTS
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of November 2003:

Richard Rice #137358
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Richard T. Biggar
Assistant Attorney General

2