Richard Rice

v.

lARRY MYERS, Et AL

NOV 2 4 2003

FILED

2003 DEC 12 P 1:98

US DISTRICT
BRIDGEPORT

PRISONER

Civil no. 3:02cv1608 JBA
(JGM)

November 20, 03

# ORAL ARGUMENT IS REQUIRED

## MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR TIME EXTENSION

Pursuant to the defendant's Attorney's request, I, Richard Rice, #13735, oppose the request. As grounds; the Plaintiff Contends:

# (1) I, have allowed the Attorney 2 time extenson(s) in the past

# (2) The heart of this action is due to my illegal Consinement which is so unduely burdensome that I have Suffered, loss of 65 pounds, Severe episodes of psychological mental Anguish, confusion and depression also,

# 3) These extensons are completely

Acts of indirect participation on the defendants Attorneys' part

#4) These time extenson request are becoming an out right pattern to be propperly be under stood as delay tactics.

#5) Is allowed to continue they would render the need for this kind of court and hearing useless and un necessary,

#6) Any more delays would amount to the court having more favor for one party then the other,

#7) I have exhausted all avenues of remendy, and at the defendants request, respectfully allowed 2 time extensons, because I am a fair man, however no more should be allowed because if the sesone attorney I am against has not got everything down and ready, they will never be ready,

#8) An hearing is demanded @ once respectfully,

#9) These time extensons have kept the plaintiss in consinement, when had the first hearing took place the plaintiss believes he would have been home by Now,

#10) By hold out to time extensons the plaintiff is No longer geting the jail good time and credits he is afforded as he is under the law,

#11) In sofar as any allegations made that the desendants need more time, this would be an example of the kind of abuse of prower that has brought my issues before this court,

#12) Our legislative intent and interests compel this court to allow fairness, human Suffering has always been an Need for prompt action from these Honorable courts, I would not expect less, in light of my long time human Suffering and fairness, regarding any and all past time extensons,

#13) An extenson would amount to Prolonged ~~out~~ illegal consinement,

*Richard Rice*
137358

CERTIFICATION

I hereby certify that a copy of the foregoing
was mailed to the following on this

Richard T. Biggar
Assistant Attorney General
110 Sherman street Hartford
CT 06105

Richard Rice #137358
Richard Rice