FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 22 P 2: 50

| | | |
|---|---|---|
| RICHARD RICE | : | PRISONER<br>CIVIL NO. 3:02CV1608 (JBA)(JGM) |
| v. | : | |
| LARRY MYERS, ET AL. | : | DECEMBER 19, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully request that this Court grant an extension of time, nunc pro tunc, for the defendants to file their motion for summary judgment, from December 24, 2003 until February 27, 2004. Such an extension is necessary since the defendants' counsel has not obtained all necessary information relative to this case and since the defendants' counsel has not obtained the affidavits from the parties that are necessary and finished the research and writing necessary in order for a dispositive motion to be filed.

This is the defendants' third and final motion for an extension of time to file a summary judgment in this case. The defendants' counsel has not contacted the plaintiff concerning this motion since he is proceeding pro se and is currently incarcerated in the custody of the Commissioner of Correction.

**WHEREFORE**, it is respectfully requested that this Motion be granted.

DEFENDANTS
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of December 2003:

Richard Rice #137358
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Richard T. Biggar
Assistant Attorney General