02cv1608 reqtrialdate

DEC 1 6 2003

RICHARD RICE

V.

LARRY MYERS. Et Al.

DOCKET NO: 3:02CV1608(JBA)(JGM)

Date: December 15, 03

December 25/03

PETITION'S REQUEST FOR AN TRIAL DATE TO
BE MADE

Pursuant C.T. P.B. Sec. 15-1, Order of trial. The
petitioner request that this Court Create a trial
date at this Courts Next Avable Convenience

Grounds are Stated within the Writ of habeas Corpus
Submitted in Connection to this request

Respectfully Submitted
Richard Rice #137388
Petitioner In-pro-se

# CERTIFICATION

I hereby certify that A copy of the foregoing was mailed to the following on this 15th day of December 2003.

Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar @ po.state.ct.us
Tel: (860) 808-5450
fax: (860) 808-5691

Richard Rice #137358
Richard Rice