DEC 16 2003

Richard Rice
V.
LARRY MYERS, ET AL

Docket Number: 3:02CV1608(JBA)(JGM)
DATED: December 15, 03

PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM
Pursuan to S.(T. P.B.) and § 28 U.S.C. § 2241(c)(5), the Petitioner, Richard Rice CJS #137358, requests that this Court issue a Writ of habeas Corpus ad testificandum requiring Warden, Chonisky, @ NORTHERN C.I. 287 Bilton Rd, Somers, CT 06071, Tel (860) 763-8600, to bring the Petitioner before the Court for a trial Secheduled to Commence at this Courts Very Next Avaible Convenience and States in Support:

1) Trial Should be Secheduled A.S.A.P. because the Petitioner Continues to Suffer each day, due to his illegal Confinement

2) The Petitioner's Case depends in large part on his own testimony. Since the Credibility of the Petitioner will be an issue in this matter, the jury/Judge Should be allowed to hear the petitioner testify personally and Observe his demeanor

Richard Rice #137358

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of December 2003:

Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar # CT05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

Richard Rice, #139358
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Richard Rice #