RICHARD RICE

v.

LARRY MYERS, ET AL.

DEC 16 2003

DOCTEKT NO: 3:02CV1608(JBA)(JGM)

DATE: December 15, 03

## MOTION FOR REALEASE BY PETITIONER AND MOTION FOR TEMPORARY RESTRAINING ORDER

1) The Petitioner contends that the defendants and their Attorney have made no attempt to defend their selfs & actions, Nore have they submitted on paper of proof about his bad behavior during the 12-15 month time from mentioned within the action herein,

2) The defendants only ask for more time,

3) The petitioner contends that he will continue to suffer the damange of loss of good time and family time unless the Motion for T.R.O. is granted and he is placed in to General population level 4,

Respectfully Submitted
Richard Rice 137556

Lastly, Since the petitioner is proceeding pro-se in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the defendants who may testify and their witnesses, and to hear the defendants case and present appropriate rebuttal evidence.

Plaintiff requests that the defendants bear the costs of the implementation of the terms of this writ.

Date: December 15, 03
Name: Rice Richard #157358
Address: Northern C.I.
Somers Correctional Institution
P.O. Box 100
Somers, CT 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of December 2003:

Richard T Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar # ct 05228
E-mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

Richard Rice #137553
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071
Richard Rice