UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jan 13  11 36 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

RICHARD RICE

v.

LARRY MYERS, et al.

Case No.   PRISONER
3:02CV1608 (JBA) (JGM)

## RULING AND ORDER

The defendants seek an extension of time to file a motion for summary judgment. The Motion [doc. # 32] is GRANTED. The defendants shall file their motion for summary judgment on or before February 27, 2004.

SO ORDERED in New Haven, Connecticut, this 12th of January, 2004.

Joan G. Margolis
United States Magistrate Judge