UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



RICHARD RICE

v.

LARRY MYERS, et al.

Case No.   PRISONER
3:02CV1608 (JBA) (JGM)

### RULING AND ORDER

The defendants seek an extension of time to file a motion for summary judgment. The Motion [doc. # 30] is GRANTED nunc pro tunc. The plaintiff seeks a trial date. This case is not ready for trial. The court will schedule a trial at the appropriate time. The Motion for Trial Date [doc. # 33] is DENIED without prejudice. The Motion for Writ of Habeas Corpus Ad Testificandum [doc. #34] is DENIED as moot.

SO ORDERED in New Haven, Connecticut, this 22nd of January, 2004.

Joan G. Margolis
United States Magistrate Judge