UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICE                                     :
                                                      FILED
v.                                       :    NO. 3:02cv1608 (JBA) MAR 17 46 AM '04
                                              PRISONER
                                                      U.S DISTRICT COURT
MYERS, ET AL                             :             NEW HAVEN, CONN.


### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔  - Settlement Conference:
      (Orefmisc.cnf)

   - Supervising discovery and resolving discovery disputes:
      (Orefmisc.dscv)

   - Ruling On:
      (Orefm.)

   - Referred for hearing:
      (Orefcs.)

                                    IT IS SO ORDERED.

                                    _____
                                    Janet Bond Arterton
                                    United States District Judge

Dated at New Haven, Connecticut: March 16, 2004