Richard Rice
V
LARRY MYERS, ET AL

FILED
2004 APR -5  DOCKET NO: 3:02CV1608(JBA)(JGM)
U.S. DISTRICT COURT
BRIDGEPORT, CONN       DATE: March 29, 04

## PETITIONERS UNDISPUTED FACTS

#1) The petitioner's was DR Free for over 12 months

#2) The petitioner was denined progress for reasons unsupported by any facts,

#3) The petitioner was not allowed to construct any tangible evidence at any of the hearings that decided his fate.

#4) The petitioner was not allowed to attend the hearings that would decided he would continue loseing good time,

#5) The petitioner is under the "Old law" ie, earns good time, or can earn good time by remaining DR Free.

#6) The petitioner's year and actually 5 months D.R Free is tangible evidence of what his attitude was, during the denies from 6.21, 01 to about May of 2002.

#7) The petitioner meet all gidelines for advance-ment under D.O.C. Adm.Dir. 9.5, 9.4, 9.4.1, 9.6 ect, during the time fram within line #6

#8) The petitioner Contends that certen of his United States of Amiraca Contitutional Rights were Violated by the defendants. procedural due Process, equal protection,

#9) the defendants broke United Stateds of America Contitutional Law(s),

#10) The actions of the defendants, incorpates in to an Eigth Amendment, Cruel and unusal punishments Claus

DECLARTION UNDER PENALTY OF PERJURY
The undersinged declares under the penalty os perjury that that he has reade the above and to the best of his knowledge and beliese the data Contained within is correct and true. 42.U.S.C. §1746; 18 U.S.C. §1621.
Executed @ Northern C.I. on December 3, 2003

Richard Rice, #137358
Petitioners Original Signatur

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29 day of March 2004:

Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford Ct 06105
Federal Bar # ct 05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

Richard Rice #137358
Northern Correctional Institution
P.O Box 665
Somers, Ct 06071

Richard Rice
Richard Rice #137358