UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICE** | : | |
| V | : | CIVIL NO: 3:02CV 1608 (JBA) |
| **MYERS, ET AL** | : | |

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on July 6, 2004 as settled. by the Special Masters.  Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 6, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.  The Court appreciates the parties' efforts in resolving this matter.

Dated at New Haven, Connecticut, this 7th day of July, 200.

KEVIN F. ROWE, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk