FILED July 7, 04

mr. Richard Rice
Corrigan Radgowski Correctional Center
986 Norwich new London turnpike
Uncasville, Ct 06382   3:02v1608(JBA)

Mr. Richard L. Biggar
Assitant Attorney General
110 Sherman Street
Hartford, Ct 06105

Dear mr. Richard Biggar

I am writing in Regards to the verbal agreement that was discuss over the phone on the date of July six of this year, which was agreed upon ($500)
I was sent a letter from the Cour stating that I should forward A sign document which I don't have Inorder to close the agreement we made inclose with this letter you will find A copy of the letter.

mr. Biggar, Please send me the document that I Need inorder to finalize our oral agreement and also Stipulate with in the line's of the document, that I will not be penalize or will not forfeit and part of the Settlment the we agreed to because I'm presently incarcerated.

Richard Rice   #137358
Richard Rice

KIMBERLY DALY
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/13/2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 7   3 42 PM '04

| | | |
|---|---|---|
| RICE | : | |
| V | : | CIVIL NO: 3:02CV 1608 (JBA) |
| MYERS, ET AL | : | |

NOTICE TO COUNSEL

The above-entitled case was reported to the Court on July 6, 2004 as settled. by the Special Masters. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 6, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled. The Court appreciates the parties' efforts in resolving this matter.

Dated at New Haven, Connecticut, this 7th day of July, 2004.

KEVIN F. ROWE, CLERK

By /s/ Betty J. Torday
Betty J. Torday
Deputy Clerk