UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICE                           :
                               :                FILED
v.                             :   Civil No. 3:02cv1608 (JBA)
                               :            SEP 22  1 18 PM '04
MYERS, ET AL                   :

### ORDER OF DISMISSAL

A Notice of Dismissal of the above-captioned action having been sent to counsel of record on July 07, 2004 pursuant to D. Conn. L. Civ. R. 41(a) and,

It is ORDERED that this action be and hereby is dismissed without costs to any party, without prejudice to reopen if plaintiff is unable to obtain a Social Security number to enable defendants to make payment in accordance with the parties' settlement of this matter.

Dated at New Haven, Connecticut, this 21st day of September, 2004.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.